IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON R. JORDAN,

    Petitioner,

vs.

                                          Civil Action 2:16-cv-0091
                                          Chief Judge Sargus
                                          Magistrate Judge King

WARDEN, FRANKLIN MEDICAL CENTER,

    Respondent.

## ORDER

    This is an action for a writ of habeas corpus under 28 U.S.C. § 2254. On September 8, 2016, the United States Magistrate Judge recommended that Respondent's *Motion to Dismiss for Lack of Exhaustion* (ECF No. 9) be granted. *Report and Recommendation* (ECF No. 14). Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been objection.

    The *Report and Recommendation* (ECF No. 14) is therefore **ADOPTED AND AFFIRMED**. Respondent's *Motion to Dismiss for Lack of Exhaustion* (ECF No. 9) is **GRANTED**. This action is **DISMISSED**, without prejudice, for failure to exhaust all claims asserted in the *Petition*.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

9-28-2016
Date

                                              Edmund A. Sargus, Jr.
                                              Chief United States District Judge